

**MARSHALL · SUZUKI LAW GROUP, LLP**
230 California Street, Suite 415
San Francisco, CA 94111
Tel · 415 · 618 · 0090
Fax · 415 · 618 · 0190

**Junji Suzuki**
junji@marshallsuzuki.com



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

2:18-MS-14

March 2, 2018

<u>Via Email</u>

FC2, Inc.
Attn: FC2 Abuse
4730 South Fort Apache Road, Suite 300
Las Vegas, NV89147
Email: abuse@fc2.com
Tel: (424) 236-6050
Fax: (424) 236-6050

     ***RE:***    ***NOTIFICATION OF COPYRIG***
           **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

     This law office represents SOD Create Co. Ltd., a Japanese corporation (hereinafter called "SOD"), in connection with SOD's copyright infringement claim against you/your customer.

     It has recently come to SOD's attention that you/your customer has unlawfully published and introduced to the market certain copyrighted work identified and listed under the column entitled "Original Work" in Exhibit A attached hereto ("Exhibit A"), which is owned by SOD (referred to as the " SOD Work" or "Original Work"). The URLs of the videos infringing the exclusive right of SOD are also identified and listed under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), each of which is corresponding to each of the Original Work identified in Exhibit A.

     You/your customer has been advertising, distributing, and selling the Infringing Work, which is materially identical to the SOD Work, through your website located at the aforementioned URL. It is clear that you/your customer has used the SOD Work without SOD's permission, and that your/your customer's conduct infringes SOD's exclusive right. Thus, SOD has a good faith belief that use of the material in the manner complained of is not authorized by SOD, its agent or the law.

     On behalf of SOD, we demand that you immediately disable access to the SOD Work and cease any use, reproduction, and distribution of the SOD Work and that you provide us with a written assurance that you will:

   (a) permanently cease and desist from further use of the SOD Work;

FC2, Inc.
March 2, 2018
Page 2 of 2

    (b) permanently cease and desist from further advertising, marketing, distribution, and sale of the SOD Work;

    (c) remove or disable access to the Infringing Work and so confirm to us in writing;

    (d) delete from your website the advertisement that you/your customer sell the Infringing Work;

    (e) display on your website for three months the statement that (i) the owner of the exclusive right of the SOD Work is SOD, and (ii) you/your customer have been selling the Infringing Work without SOD's permission.

We also demand a written assurance that you/your customer will fully account to us with regard to advertising, marketing, purchasing, sales, and profits of the Infringing Works.

I declare that the information in this notice is accurate, and under penalty of perjury, that this office is authorized to act on behalf of SOD, the owner of the exclusive right of the SOD Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

**MARSHALL SUZUKI LAW GROUP, LLP**

/s/

Junji Suzuki
Attorney at Law
230 California Street, Suite 415
San Francisco, CA 94111
(Tel) 415-618-0090
(Fax) 415-618-0190
(Email) junji@marshallsuzuki.com

Cc: Client

| | Title of Original Work | Original Work | Infringing Work | Submitter of Infringing Work | Nickname of Submitter |
|---|---|---|---|---|---|
| 1 | 北海道で見つけた居酒屋で働く巨乳店員さん AV DEBUT | http://ec.sod.co.jp/detail/index/-_/iid/SDMT-772 | http://video.fc2.com/a/content/20170619JgUKYQym | http://video.fc2.com/a/member?mid=40943956 | GHOST |
| 2 | 本田莉子 初！中出し解禁 | http://ec.sod.co.jp/detail/index/-_/iid/STAR-427 | http://video.fc2.com/a/content/20170509PbkwaFPC | http://video.fc2.com/a/member?mid=40943956 | GHOST |
| 3 | 子供と旦那が帰宅するまで1時間「赤ちゃんできてもいい...もっともっと奥で下さい」自宅で足を絡めて何度も求める「中出し6発」でやっとママは満足 | http://ec.sod.co.jp/detail/index/-_/iid/SDMT-807 | http://video.fc2.com/a/content/20170709TaAgEeYW | http://video.fc2.com/a/member?mid=52726231 | FC2USER314916CUH |
| 4 | 子供と旦那が帰宅するまで1時間「赤ちゃんできてもいい...もっともっと奥で下さい」自宅で足を絡めて何度も求める「中出し6発」でやっとママは満足 | http://ec.sod.co.jp/detail/index/-_/iid/SDMT-807 | http://video.fc2.com/a/content/20170710rtnVcFcC | http://video.fc2.com/a/member?mid=52726231 | FC2USER314916CUH |
| 5 | 麻倉憂×マジックミラー号 | http://ec.sod.co.jp/detail/index/-_/iid/SDMT-041 | http://video.fc2.com/a/content/20150524s7xQeUHB | http://video.fc2.com/a/member?mid=11793540 | FC2USER785386HUK |
| 6 | マジックミラー号がイク！？北関東3県対抗県民性調査！！茨城・水戸の負けず嫌い女子ナンパ編 | http://ec.sod.co.jp/detail/index/-_/iid/SDMU-445 | http://video.fc2.com/a/content/20170711fn0EACdg | http://video.fc2.com/a/member?mid=42308984 | FC2USER252502VRD |
| 7 | マジックミラー号「早漏に悩む男性の暴発改善のお手伝いしてくれませんか？」街中で声をかけた押しに弱い心優しい社会人1年目のお嬢さんが敏感チ●ポを励まし互いに何度も気持ちよくなる連続射精SEX！！4 | http://ec.sod.co.jp/detail/index/-_/iid/SDMU-316 | http://video.fc2.com/a/content/20170711Znz7TXVT | http://video.fc2.com/a/member?mid=42308984 | FC2USER252502VRD |
| 8 | 「童貞くんのオナニーのお手伝いしてくれませんか...」街中で声を掛けた10代の心優しい女子大生・短大生・専門学校生がマジックミラー号で童貞くんを赤面筆おろし！4 | http://ec.sod.co.jp/detail/index/-_/iid/SDMU-223 | http://video.fc2.com/a/content/20170706N0Hys75D | http://video.fc2.com/a/member?mid=97024448 | FC2USER004175USZ |
| 9 | 素人ナンパロケ中に見つけた超清純美女AVDebutヘアメイクの専門学校に通う20歳あみちゃん | http://ec.sod.co.jp/detail/index/-_/iid/SDMT-892 | http://video.fc2.com/a/content/2017071430kNt4ER | http://video.fc2.com/a/member?mid=43474371 | FC2USER351123HVK |
| 10 | ナナ/ナナブンノナナ フィフスシーズン 夏目ナナ | https://ec.sod.co.jp/prime/videos/?id=SDDL-386 | http://video.fc2.com/a/content/20150903WdBTPSPn | http://video.fc2.com/a/member?mid=94634166 | 会員 |
| 11 | 男だらけの家族に女性は私1人 毎日忙しく家事をしながら9人兄弟＆お父さんと連続セックス朝生活 | http://ec.sod.co.jp/detail/index/-_/iid/SDMU-100 | http://video.fc2.com/a/content/201703159tEPmq5T | http://video.fc2.com/a/member?mid=85188344 | 砂糖幸太郎 |
| 12 | リアル一般人カップル×真性中出し！！2 生ハメ挿入1000回ピストンで顔射できたら100万円！！ | http://ec.sod.co.jp/detail/index/-_/iid/SDMT-806 | http://video.fc2.com/a/content/20170719QWc6t0Jx | http://video.fc2.com/a/member?mid=82389662 | FC2USER326429YXI |
| 13 | 一度はやりたい女子大近くの銭湯の番台 | http://ec.sod.co.jp/detail/index/-_/iid/SDDE-380 | http://video.fc2.com/a/content/20170720pGeXXEZL | http://video.fc2.com/a/member?mid=92868066 | FC2USER220087SHF |
| 14 | 「カップル限定」マジックミラー号の中で、自慢の彼女を「寝とって」真正中出し！13 | http://ec.sod.co.jp/detail/index/-_/iid/SDMU-278 | http://video.fc2.com/a/content/20170615s2MDca7T | http://video.fc2.com/a/member?mid=92548648 | AV病 AVsick.com 免費線上成人影片 |
| 15 | SOD人妻レーベル史上最高の30代 こんなにも清楚で美しい人妻がAVに出演するという奇跡 佐々木あき35歳 AVDebut | http://ec.sod.co.jp/detail/index/-_/iid/SDNM-061 | http://video.fc2.com/a/content/20170418CQW7WLUR | http://video.fc2.com/a/member?mid=19566890 | All or Nothing |

# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 16 | SOD人妻レーベル史上最高の30代 こんなにも清楚で美しい人妻がAVに出演するという奇跡 佐々木あき 35歳 AVDebut | http://ec.sod.co.jp/detail/index/-_/iid/SDNM-061 | http://video.fc2.com/a/content/20170418GwuE6grR | http://video.fc2.com/a/member?mid=19566890 | All or Nothing |
| 17 | SOD人妻レーベル史上最高の30代 こんなにも清楚で美しい人妻がAVに出演するという奇跡 佐々木あき 35歳 AVDebut | http://ec.sod.co.jp/detail/index/-_/iid/SDNM-061 | http://video.fc2.com/a/content/201704187DVywwhN | http://video.fc2.com/a/member?mid=19566890 | All or Nothing |
| 18 | 推定Fカップ以上 青山で見つけた巨乳人妻を『時間を止めて』AV撮影！～真正中出し編～ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sdde445/ | http://video.fc2.com/a/content/20170817yY5fUmUh | http://video.fc2.com/a/member?mid=93857012 | Best Free Adult Porn Tube in Pinkodds.com |
| 19 | ちぽ☆ご無沙汰 アラサーSOD女子社員4名がマジックミラー号でイク！大きなちんちん逆ナンパスカウトキャラバン | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sdmu346/ | http://video.fc2.com/a/content/20170818D6cmTSRe | http://video.fc2.com/a/member?mid=93857012 | Best Free Adult Porn Tube in Pinkodds.com |
| 20 | 芸能人 白石茉莉奈 撮影場所はマイホーム 旦那に見つからない訳出来ない... 自宅でドキドキ3SEX | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1star471re/ | http://video.fc2.com/a/content/20170817MCnZvzFc | http://video.fc2.com/a/member?mid=93857012 | Best Free Adult Porn Tube in Pinkodds.com |
| 21 | 潮吹きがーる きゃさりんはらじゅく 真正ナマ中出しAVデビュー！ | http://ec.sod.co.jp/detail/index/-_/iid/SDMT-773 | http://video.fc2.com/a/content/20150708SMAdDHYF | http://video.fc2.com/a/member?mid=19825614 | botamochi |
| 22 | 潮吹きがーる きゃさりんはらじゅく 真正ナマ中出しAVデビュー！ | http://ec.sod.co.jp/detail/index/-_/iid/SDMT-773 | http://video.fc2.com/a/content/20150708KkBqQrxZ | http://video.fc2.com/a/member?mid=19825614 | botamochi |
| 23 | 日本中のお嬢さんを口説いてきたSOD伝説の秘密兵器！NEW マジックミラー号 「ナンパ」SP Vol.2 ミスキャンパス受賞者＆読者モデル経験者だらけの超ハイレベル集団 未来の女子アナ 5人Get編 in 東京 | https://ec.sod.co.jp/prime/videos/?id=SDMT-837 | http://video.fc2.com/a/content/20170810t0GQpn35 | http://video.fc2.com/a/member?mid=74668442 | DodyFC2USER6 |
| 24 | 芸能人 Hitomi 超高級ソープ嬢 | http://ec.sod.co.jp/detail/index/-_/iid/STAR-148 | http://video.fc2.com/a/content/20150806FwTwd669 | http://video.fc2.com/a/member?mid=81527599 | FC2-AI |
| 25 | 女社長 羽田あい 逆レイプ 立場の強いオンナが男を犯す | https://ec.sod.co.jp/prime/videos/?id=STAR-352 | http://video.fc2.com/a/content/20150722Jrkf7DDZ | http://video.fc2.com/a/member?mid=48908769 | FC2USER003230XCL |
| 26 | 超人気AV女優が離島で真剣お見合い | https://ec.sod.co.jp/prime/videos/?id=SDMT-636 | http://video.fc2.com/a/content/20170808Hx2kZTXT | http://video.fc2.com/a/member?mid=59458325 | FC2USER316406ALV |
| 27 | マジックミラー号 海水浴場で見つけた夏休み中の友達同士の男女が「素股マッサージ」体験 初めて触れ合うチ○ポとマ○コは火が付いて、そのまま挿入真正中出し！2 | https://ec.sod.co.jp/prime/videos/?id=SDMU-384 | http://video.fc2.com/a/content/20170830bKXpgFR4 | http://video.fc2.com/a/member?mid=69797057 | FC2USER590705NMO |
| 28 | SOD女子社員入社1年目宣伝部坂上茜 ガチ処女喪失 SOD看板娘 vol.3 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sdmu054re/ | http://video.fc2.com/a/content/20170809LvzrdvuA | http://video.fc2.com/a/member?mid=56830747 | FC2USER627174OTZ |
| 29 | AV Debut SARAH | https://ec.sod.co.jp/prime/videos/?id=STAR-243 | http://video.fc2.com/a/content/20170727Ax79E6dr | http://video.fc2.com/a/member?mid=70772168 | FC2USER890997QOE |
| 30 | 市川まさみ 僕はドSなお姉ちゃんの言いなりオナペット | https://ec.sod.co.jp/prime/videos/?id=STAR-778 | http://video.fc2.com/a/content/20170808ZFvTrPkP | http://video.fc2.com/a/member?mid=28877241 | FC2USER948141TPV |
| 31 | 市川まさみ 僕はドSなお姉ちゃんの言いなりオナペット | https://ec.sod.co.jp/prime/videos/?id=STAR-778 | http://video.fc2.com/a/content/20170808MdJsTDnw | http://video.fc2.com/a/member?mid=28877241 | FC2USER948141TPV |
| 32 | 拘束×巨根×失禁 失神するほど...イカサレテ 桐谷まつり | https://ec.sod.co.jp/prime/videos/?id=STAR-779 | http://video.fc2.com/a/content/20170808VLfiMxpxw | http://video.fc2.com/a/member?mid=28877241 | FC2USER948141TPV |

**EXHIBIT A**

| # | | | | | |
|---|---|---|---|---|---|
| 33 | マジックミラー号に水着美少女が初乗車<br>日焼けで火照った美尻を性感マッサージ<br>敏感になった日焼けビキニ娘は4回イッて失禁…流されて生ハメ・戸惑いながらも初中出し！4 2014夏 海ナンパ日焼け水着美女スペシャル | http://ec.sod.co.jp/detail/index/-/iid/SDMU-151 | http://video.fc2.com/a/content/20161022AZud6Bz9 | http://video.fc2.com/a/member?mid=84863569 | FC2USER959273UAF |
| 34 | とても美しい日本人～大塚咲～ | https://ec.sod.co.jp/prime/videos/?id=SDDE-184 | http://video.fc2.com/a/content/20121120Q9dVUnPH | http://video.fc2.com/a/member?mid=20095533 | izumi |
| 35 | 古川いおりがプロ痴漢師たちの餌食にされメチャクチャに犯された禁断の流出映像 | https://ec.sod.co.jp/prime/videos/?id=STAR-802 | http://video.fc2.com/a/content/20170818Vn61BFcu | http://video.fc2.com/a/member?mid=58201785 | K |
| 36 | 量産型女子大生10人「みんな一緒だからエッチなこともできる◆」大乱交付き卒業旅行の思い出映像 | http://ec.sod.co.jp/detail/index/-/iid/SDMU-201 | http://video.fc2.com/a/content/20170323tQLuZfYU | http://video.fc2.com/a/member?mid=94997300 | luisvt |
| 37 | 松岡ちな AVデビュー | http://ec.sod.co.jp/detail/index/-/iid/STAR-567 | http://video.fc2.com/a/content/20170722DDUc14LN | http://video.fc2.com/a/member?mid=17320417 | Shao |
| 38 | 橘梨紗 AV debut 2nd 性欲開放4本番 | http://ec.sod.co.jp/detail/index/-/iid/STAR-418 | http://video.fc2.com/a/content/20170225FZ0Y3atY | http://video.fc2.com/a/member?mid=46122635 | 橘梨紗 AV debut 2nd 性欲開放4本番 |
| 39 | 橘梨紗 コスプレ連続激イキ | http://ec.sod.co.jp/detail/index/-/iid/STAR-424 | http://video.fc2.com/a/content/20170430DbZwWPs9 | http://video.fc2.com/a/member?mid=46122635 | 橘梨紗 AV debut 2nd 性欲開放4本番 |
| 40 | 橘梨紗 超高級ソープ嬢 | http://ec.sod.co.jp/detail/index/-/iid/STAR-433 | http://video.fc2.com/a/content/20170730J1reZBNW | http://video.fc2.com/a/member?mid=46122635 | 橘梨紗 AV debut 2nd 性欲開放4本番 |
| 41 | ●校野球を熱心に応援する女子校生のエッチなSEXをお見せします | https://ec.sod.co.jp/prime/videos/?id=SDMT-180 | http://video.fc2.com/a/content/20150827U3k5H5hB | http://video.fc2.com/a/member?mid=52990682 | BBK |
| 42 | マジックミラー号に大学卒業式を終えたばかりの友達同士の男女が初乗車！なゲームでお互いのオナニーを見せ合ったら火が付いて'思い出SEX'までしてしまうのか！？ | https://ec.sod.co.jp/prime/videos/?id=SDMU-206 | http://video.fc2.com/a/content/20170925JPFp1PZb | http://video.fc2.com/a/member?mid=42740810 | FC2USER165526LTJ |
| 43 | マジックミラー号 2017年新春！初詣に来た友達同士の男女がお年玉進呈ウキウキ野球拳！！全裸になって2人きりになったら火が点いて開運姫始め！ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sdmu474/ | http://video.fc2.com/a/content/20170927pgKFrxHh | http://video.fc2.com/a/member?mid=78139249 | FC2USER332680KPY |
| 44 | マジックミラー号 花見でホロ酔い気分の大学生男女が'腰振り500回、挿入を我慢できたら100万円！'のローション素股ゲームに初挑戦！のはずが…ヌルっと生挿入真正中出し | https://ec.sod.co.jp/prime/videos/?id=SDMU-645 | http://video.fc2.com/a/content/20170908gpNW622t | http://video.fc2.com/a/member?mid=84594259 | FC2USER508230HSM |
| 45 | マジックミラー号 花見でホロ酔い気分の大学生男女が'腰振り500回、挿入を我慢できたら100万円！'のローション素股ゲームに初挑戦！のはずが…ヌルっと生挿入真正中出し | https://ec.sod.co.jp/prime/videos/?id=SDMU-645 | http://video.fc2.com/a/content/20170909C0eEN777 | http://video.fc2.com/a/member?mid=84594259 | FC2USER508230HSM |
| 46 | 優等生に顔面射精 周防ゆきこ | https://ec.sod.co.jp/prime/videos/?id=SDCA-005 | http://video.fc2.com/a/content/20170914ReXHET9K | http://video.fc2.com/a/member?mid=96009624 | FC2USER532520OCW |

# EXHIBIT A

| 47 | マジックミラー号で酔って帰れないOLを朝まで介抱 酔いがさめるまでの1時間にこっそり精子流し込み・生挿入 始発が動き始めるまでに「真性中出し9発」 朝...マ○コに大量の精子が入ったまま気づかず職場に向かうOL3名 | https://ec.sod.co.jp/prime/videos/?id=SDMU-031 | http://video.fc2.com/a/content/20170914h4Xh6uZw | http://video.fc2.com/a/member?mid=96009624 | FC2USER53252 00CW |
| 48 | パイパンマ●コに真正なま中出し15発 宇佐美まい 19歳 中出し解禁作品 | https://ec.sod.co.jp/prime/videos/?id=SDMU-183 | http://video.fc2.com/a/content/20170407qtpcwThf | http://video.fc2.com/a/member?mid=12523609 | Forusex.com 粂餘素人自拍 中文最大成人 社群網站 |
| 49 | パイパンマ●コに真正なま中出し15発 宇佐美まい 19歳 中出し解禁作品 | https://ec.sod.co.jp/prime/videos/?id=SDMU-183 | http://video.fc2.com/a/content/201704075AxTE1Ph | http://video.fc2.com/a/member?mid=12523609 | Forusex.com 粂餘素人自拍 中文最大成人 社群網站 |
| 50 | マジックミラー号で酔って帰れないOLを朝まで介抱 酔いがさめるまでの1時間にこっそり精子流し込み・生挿入 始発が動き始めるまでに「真性中出し9発」 朝...マ○コに大量の精子が入ったまま気づかず職場に向かうOL3名 | https://ec.sod.co.jp/prime/videos/?id=SDMU-031 | http://video.fc2.com/a/content/20170913s6xYgU6d | http://video.fc2.com/a/member?mid=20211469 | KIRINUSER6222 35CNP |
| 51 | アナタのおちo□ミルクを初ごっきゅん 麻生希 | https://ec.sod.co.jp/prime/videos/?id=STAR-364 | http://video.fc2.com/a/content/20120812wCrpmS3b | http://video.fc2.com/a/member?mid=91024773 | P205H |
| 52 | 娘の告白を断り切れず、妻の目を盗んでごっくん近親相姦 宇佐美まい | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sdmu209re/ | http://video.fc2.com/a/content/20170903H3yM9dQf | http://video.fc2.com/a/member?mid=78291103 | 給性 Forusex 偷窺 本土 自拍 影片 |
| 53 | マジックミラー号 150cm以下の低身長20代女性が極太バイブ体験！！in豊島区 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sdmu433/ | http://video.fc2.com/a/content/20170903NUKQTUxD | http://video.fc2.com/a/member?mid=78291103 | 給性 Forusex 偷窺 本土 自拍 影片 |
| 54 | 瑠川リナ マジックミラー号がイク！！ユーザー様ドッキリ企画 憧れの女優に逆ナンパされてまさかのそのままSEX！ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1star588re/ | http://video.fc2.com/a/content/201709036YQB23Wb | http://video.fc2.com/a/member?mid=78291103 | 給性 Forusex 偷窺 本土 自拍 影片 |
| 55 | お願いっー！私を「マジックミラー号」に乗せて、メチャクチャに犯して！！ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sdmt439re/ | http://video.fc2.com/a/content/20170812GVR0qPyn | http://video.fc2.com/a/member?mid=58931375 | 複雜深網 Plexporn 成人網站導航 |

# EXHIBIT A